COLLINS ET AL., APPELLANTS, *v.* DOWN RIVER
SPECIALTIES, INC. ET AL., APPELLEES.

[Cite as *Collins v. Down River Specialties, Inc.* (1999), 85 Ohio St.3d 1215.]

(Nos. 98–1099 and 98–1107—Submitted April 13, 1999—Decided May 26, 1999.)

---

*McLaughlin & McCaffrey, L.L.P., Patrick M. McLaughlin* and *John F. McCaffrey,* for appellant Gertrude Collins.

*Jeffries, Kube, Forrest & Monteleone Co., L.P.A.,* and *David A. Forrest,* for appellant Kenneth Wilkerson.

*Stanley S. Keller* and *Brian D. Spitz,* for appellees.

---

The cause is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

F.E. SWEENEY, J., dissents and would reverse the judgment of the court of appeals.